IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF JEFFREY WEST, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 17-0291-MU ) |
| SHERIFF GROVER SMITH, *et al.*, | ) ) |
| Defendants. | ) |

## **ORDER**

On July 19, 2017, Defendants Sheriff Grover Smith and Escambia County filed motions to dismiss this action. (Docs. 10, 13). Plaintiff is **ORDERED** to file a brief in response to Defendants' motions on or before August 2, 2017. Defendants' reply briefs, if any, must be filed on or before August 9, 2017, at which time the Court will take the motions under submission. Once the motions are taken under submission, no further briefs or submissions related to the issues raised in the motions may be filed without leave of court.

As previously advised, this action has been assigned to the undersigned Magistrate Judge for all purposes. (Doc. 2). Unless a Request for Reassignment to a United States District Judge is sent by email to Edwina_Crawford@ alsd.uscourts.gov,[1] prior to **August 9, 2017**, the undersigned will accept the parties' actions as implied consent and treat this as a consent case pursuant to 28 U.S.C. § 636(c). *See Roell v. Withrow*, 538 U.S. 580, 590 (2003) ("We think the better rule is to accept implied consent where, as here, the litigant or

---
[1] Do not electronically file this document.

counsel was made aware of the need for consent and the right to refuse it, and still voluntarily appeared to try the case before the Magistrate Judge."); *Chambless v. Louisiana-Pacific Corp.*, 481 F.3d 1345, 1350-51 (11th Cir. 2007) (finding that an extended period "of continual participation in pretrial proceedings justifies the inference of consent from a litigant aware of the need to consent").

The Clerk is **DIRECTED** to send to each party a Request for Reassignment to a United States District Judge form and, *for informational purposes only*, a copy of the Court's form Consent to the Exercise of Jurisdiction by a United States Magistrate Judge.

**DONE** and **ORDERED** this the **21st** day of **July, 2017**.

s/P. BRADLEY MURRAY
**UNITED STATES MAGISTRATE JUDGE**
