IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

|  |  |
|---|---|
| Plaintiff (s), | : |
| vs. | :    CIVIL ACTION |
|  | : |
| Defendant(s). | : |

REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION

    The undersigned party hereby DECLINES to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby REQUESTS the reassignment of this case to a United States District Judge.[1]

_____        Signature_____
    Date

                                          Counsel For_____

                                          Address_____

---

[1] Return the Request for Reassignment to a United States District Judge to the Clerk of Court by email to Edwina_Crawford@alsd.uscourts.gov.  **DO NOT ELECTRONICALLY FILE DOCUMENT.**