**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ALABAMA**

| | |
|---|---|
| **ESTATE OF JEFFREY WEST** and **KIM ELLIS**, <br><br> Plaintiffs, <br><br> *v.* <br><br> **SHERIFF GROVER SMITH,** *et al.,* <br><br> Defendants. | Case No. 1:17-cv-291-MU <br><br> MAGISTRATE JUDGE MURRAY |

**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs now request an extension of time to respond to the appearing Defendants' motions to dismiss. Defendants have consented to this motion.

Defendant Sheriff and Defendant Escambia County filed motions to dismiss on July 19. By the rules and by an Order of the Court, Plaintiffs' opposition briefs are due August 2, with Defendants' replies due on August 9.

Plaintiffs seek an extension of **two weeks, making their briefs due August 16 and replies due August 23.** The bases for this request include: these are unusually complex motions that require a fair response; Plaintiffs' counsel has been out of town attending a hearing in California and could use the extra time; this action is in its infancy and an additional two weeks will not materially delay the action; and Defendants have consented to the request.

Plaintiffs thank the Court for its consideration.

1

Respectfully submitted,

/s/ William F. Cash III

R. Edward Massey, Jr.
Fed. Bar No. MASSE4348
CLAY, MASSEY & ASSOCIATES, P.C.
509 Church Street
Mobile, Alabama 36602
Phone: 251-433-1000
Fax: 251-438-4079
em@claymassey.com

William F. Cash III
(*pro hac vice* motion forthcoming)
LEVIN, PAPANTONIO, THOMAS,
MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street #600
Pensacola, Florida 32504
Phone: 850-435-7059
bcash@levinlaw.com

M. Stephen Dampier
Fed. Bar No. DAMPM6125
The Dampier Law Firm P.C.
55 North Section Street
Fairhope, Alabama 36532
Phone: 251-929-0900
Fax: 251-929-0800
stevedampier@dampierlaw.com

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that I will file this *Plaintiffs' Consent Motion for Extension of Time* on the Court's CM/ECF system today, which will serve the Defendants.

/s/ William F. Cash III
William F. Cash III
