IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF JEFFREY WEST and KIM ELLIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JOHN VANLANDINGHAM, *et al.*, | ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO. 17-291-TM-MU

## ORDER

Pending before the Court are *Defendants' Motion for Summary Judgment* (Doc. 55, filed 7/13/18) and *Defendant Robert DeFrancisco's Motion to Dismiss Plaintiffs' Amended Complaint or, In the Alternative, Motion for Summary Judgment or, In the Alternative Motion for More Definite Statement* (Doc. 59, filed 7/13/18) which were both filed prior to the Plaintiff's Second Amended Complaint (Doc. 75, filed 8/20/18).  As such, both motions were rendered moot the motions are **DENIED as moot** without prejudice to reassert any applicable arguments in newly filed motions.

Also pending are *Defendant Marbra Chandler's Motion for Summary Judgment* (Doc. 81, filed 8/24/18) and *Defendant Robert DeFrancisco's Motion to Dismiss Plaintiffs' Second Amended Complaint or, In the Alternative, Motion for Summary Judgment or, In the Alternative, Motion for More Definite Statement* (Doc. 86, filed 8/31/18).  However, those documents are not independent documents that relate exclusively to the current live complaint.  Rather they point back to and incorporate the prior motions and prior complaints.  Pursuant to Civil Local Rule 15, any amendment to a pleading must be reproduced in its entirety and may not incorporate any prior pleading by reference.  While the language generally applies to complaints and answers,

this Court also finds it appropriate with regard to the Defendants' motions.  As such, the motions (Docs. 81, 86) are **DENIED without prejudice** to reassert the arguments as they may apply to the Second Amended Complaint and their respective defendants. This ensures that the Court has a clear idea as to what arguments apply to each defendant.

DONE this 26th day of October, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE