IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ESTATE OF JEFFREY WEST and KIM ELLIS, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) CIVIL ACTION NO. 1:17-cv-291-TFM-MU ) |
| ROBERT DeFRANCISCO, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the prior proceedings, opinions, and orders of this Court, it is the **ORDERED, ADJUDGED,** and **DECREED** that judgment is entered in favor of Defendants and against Plaintiffs, and that this action is **DISMISSED with prejudice**.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 12th day of December, 2019.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE